**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SUNSHINE BEISTLINE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | : | Civil No. 3:25-CV-01803<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, this 4th day of November, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 15, is **ADOPTED**.

2) The decision of the Commissioner of Social Security is **VACATED** and this matter is **REMANDED** to the Commissioner to conduct a new hearing consistent with the report and recommendation, Doc. 15.

3) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania